# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

SURGE OPCO, LLC,                                  Case No.

        Plaintiff,                                  Hon.

vs.

PENNYMAC LOAN
SERVICES, INC.,

        Defendant.

**DECLARATION OF MATT HAWKINS**

I, Matt Hawkins, hereby declare as follows:

1. I am over the age of eighteen and have personal knowledge of the facts stated in this Declaration. All facts stated in this Declaration are true and correct to the best of my knowledge.

2. At all times relevant to the facts stated in this Declaration and through March 17, 2026, I was the Chief Technology Officer of Surge Solutions, LLC ("Surge"), which merged with Surge OpCo, LLC.

3. Surge entered into a Master Subscription Agreement ("MSA") with PennyMac Loan Services, Inc. ("PennyMac") under which Surge was to provide services to PennyMac in exchange for payment.

4. Surge provided the services required under the MSA to PennyMac.

5. Surge sent PennyMac account statements for the services provided

1

under the MSA and PennyMac failed to pay the amount owed on its account.

6. Specifically, PennyMac has failed and refused to pay Surge for Due Diligence Services and Sandbox Services since 2022.

7. Most recently Surge sent Jessica Velazquez of PennyMac Invoice INVM-2082 dated February 18, 2023 reflecting PennyMac's outstanding balance relating to Due Diligence Services and Invoice INVM-2083 dated February 18, 2023 reflecting PennyMac's outstanding balance for Sandbox Services.

8. The outstanding balance for Due Diligence Services is $135,916.01.

9. The outstanding balance for Sandbox Services is $40,774.80.

10. The total outstanding balance is $176,690.81, plus interest as described in Section 4.4 of the MSA.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Dated: 13/04/2026 _____

Signature: _____
Matthew Hawkins (Apr 13, 2026 19:01:13 EDT)

2

# Declaration of Matt Hawkins v2

Final Audit Report                                                2026-04-13

| | |
|---|---|
| Created: | 2026-04-13 |
| By: | Jessica Fleetham (jessica@evialaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAY115K8FQAcxaHkR_hUcXWm-jXEDaHQjj |

## "Declaration of Matt Hawkins v2" History

📄 Document created by Jessica Fleetham (jessica@evialaw.com)
2026-04-13 - 9:10:48 PM GMT

✉️ Document emailed to Matt Hawkins (matt@workwithsurge.com) for signature
2026-04-13 - 9:10:52 PM GMT

📄 Email viewed by Matt Hawkins (matt@workwithsurge.com)
2026-04-13 - 11:00:00 PM GMT

✒️ Signer Matt Hawkins (matt@workwithsurge.com) entered name at signing as Matthew Hawkins
2026-04-13 - 11:01:11 PM GMT

✒️ Document e-signed by Matthew Hawkins (matt@workwithsurge.com)
Signature Date: 2026-04-13 - 11:01:13 PM GMT - Time Source: server

✅ Agreement completed.
2026-04-13 - 11:01:13 PM GMT

**Adobe Acrobat Sign**